# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES MANDERY & CAROL MANDERY  Case Number: 05-73267
23007 LOVELL ROAD  SSN-xxx-xx-8824 & xxx-xx-0253
SYCAMORE, IL 60178

Case filed on: 6/29/2005
Plan Confirmed on: 9/12/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,422.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY CHARLES L FIERZ | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 999 | JAMES MANDERY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | TCF NATIONAL BANK | 94,076.33 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 94,076.33 | 0.00 | 0.00 | 0.00 |
| 002 | A.M.O. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERIQUEST PAYMENT CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 5,904.69 | 1,607.85 | 1,178.88 | 0.00 |
| 005 | CAPITAL ONE | 180.97 | 49.28 | 36.13 | 0.00 |
| 006 | DEKALB CLINIC CHARTERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DEKALB MAGNETIC RESONANCE CTR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIRST EXPRESS | 1,436.07 | 391.04 | 286.71 | 0.00 |
| 009 | BECKET & LEE, LLP | 10,144.68 | 2,762.40 | 2,025.40 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 744.30 | 202.67 | 148.60 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 2,196.33 | 598.06 | 438.50 | 0.00 |
| 012 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 2,250.95 | 612.93 | 449.40 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 4,023.01 | 1,095.47 | 803.20 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 8,330.00 | 2,268.26 | 1,663.10 | 0.00 |
| 016 | MIDWEST NEUROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 1,600.28 | 435.76 | 319.50 | 0.00 |
| 018 | ROCKFORD MERCANTILE AGENCY INC | 543.00 | 147.86 | 108.41 | 0.00 |
| 019 | CREDITORS BANKRUPTCY SERVICE | 1,377.89 | 375.20 | 275.10 | 0.00 |
| 020 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 714.35 | 194.52 | 142.62 | 0.00 |
| 022 | ROCKFORD CARDIOLOGY ASSOCIATES | 2,349.00 | 639.63 | 468.98 | 0.00 |
| 023 | WELLS FARGO FINANCIAL | 694.26 | 189.05 | 138.61 | 0.00 |
| 024 | TCF NATIONAL BANK | 10,029.09 | 0.00 | 0.00 | 0.00 |
| 025 | CREDITORS BANKRUPTCY SERVICE | 115.29 | 31.39 | 23.02 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 202.77 | 55.21 | 40.48 | 0.00 |
| 027 | ECAST SETTLEMENT CORPORATION | 277.72 | 75.62 | 55.45 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 3,161.19 | 860.79 | 631.13 | 0.00 |
|  | Total Unsecured | 56,275.84 | 12,592.99 | 9,233.22 | 0.00 |
|  | Grand Total: | 151,852.17 | 14,092.99 | 10,733.22 | 0.00 |

Total Paid Claimant: $10,733.22
Trustee Allowance: $688.78
Percent Paid Unsecured: 73.32

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008                By  /s/Heather M. Fagan